**Order entered November 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01448-CR

**CARIS DENELL BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1523635-J**

## ORDER

Before the Court is the State's November 20, 2017 second motion for extension of time to file brief. We **GRANT** the State's motion and **ORDER** the brief received November 20, 2017 filed as of the date of this Order.

/s/    ELIZABETH LANG-MIERS
         JUSTICE